

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK KEVIN HALL,

    Defendant.

_____/

Case: 2:16-cr-20084
Judge: Battani, Marianne O.
MJ: Patti, Anthony P.
Filed: 02-09-2016 At 04:13 PM
IND USA v. HALL (SO)

VIO:    18 U.S.C. § 2252A(a)(2)
         18 U.S.C. § 2252A(a)(5)
         Forfeiture Allegations

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. § 2252A(a)(2) - *Distribution of Child Pornography*)

JACK KEVIN HALL.

On or about November of 2012 through December 12 of 2012, in the Eastern District of Michigan, the defendant, JACK KEVIN HALL, did knowingly distribute child pornography as defined in 18 U.S.C. § 2256(8); and the images distributed by the defendant had been mailed, shipped, and transported using the Internet, a means and facility of interstate or foreign commerce, and had been

1

mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWO

(18 U.S.C. § 2252A(a)(2) - *Receipt of Child Pornography*)

JACK KEVIN HALL.

On or about August of 2007 through December 12, 2012, in the Eastern District of Michigan, the defendant, JACK KEVIN HALL, did knowingly receive child pornography as defined in 18 U.S.C. § 2256(8); and the images received by the defendant had been mailed, shipped, and transported using the Internet, a means and facility of interstate or foreign commerce, and had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT THREE

(18 U.S.C. § 2252A(a)(5)(B) – *Possession of Child Pornography)*

JACK KEVIN HALL.

On or about December 12, 2012, within the Eastern District of Michigan, the defendant, JACK KEVIN HALL, knowingly possessed one or more computer hard drives, cell phones, cameras, DVDs, magazines, periodicals, and other material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of real minors, prepubescent minors and minors who had not attained twelve (12) years of age, engaged in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and/or transported in and affecting interstate and foreign commerce, and were produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

Upon conviction of the offense charged in Counts One through Three of the Indictment, the defendant, JACK KEVIN HALL, shall, pursuant to 18 U.S.C. § 2253, forfeit to the United States the following:

3

i. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

ii. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to any of the items seized on December 12, 2012.

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

4

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above described forfeitable property.

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

BARBARA L. McQUADE
United States Attorney

*s/ Matthew A. Roth*
MATTHEW A. ROTH
Assistant United States Attorney
Chief, General Crimes Unit


*s/ April N. Russo*
APRIL N. RUSSO
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9129
april.russo@usdoj.gov

Date: February 9, 2016



| United States District Court<br>Eastern District of Michigan | **Criminal Case Co**[ver] | Case: 2:16-cr-20084<br>Judge: Battani, Marianne O.<br>MJ: Patti, Anthony P. |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to con[…]  Filed: 02-09-2016 At 04:13 PM
IND USA v. HALL (SO)

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes            ☒ No | AUSA's Initials: _AR_ |

Case Title: USA v. Jack Kevin Hall

County where offense occurred : Macomb

Check One:        ☒ **Felony**            ☐ **Misdemeanor**            ☐ **Petty**

\_\_\_\_Indictment/\_\_\_\_Information --- **no** prior complaint.
_✓_Indictment/\_\_\_\_Information --- based upon prior complaint [Case number: ] 15-mj-30556
\_\_\_\_Indictment/\_\_\_\_Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*

## Superseding Case Information

**Superseding to Case No:** _____       **Judge:** _____

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 9, 2016
Date

APRIL N. RUSSO
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9129
Fax: 313-226-2372
E-Mail address: April.Russo@usdoj.gov
Attorney Bar #: PA313475

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                    10/13/09